**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-00599-LTB-BNB

BMGI CORPORATION, a Delaware corporation,

      Plaintiff,

v.

ILONA KIRZHNER, an individual

      Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Upon Plaintiff's Notice of Withdrawal of Motion for Entry of Default - Sum Certain (Doc 3 - filed May 2, 2011) is GRANTED and the Motion for Entry of Default (Doc 2 - filed April 25, 2011) is WITHDRAWN.

Dated:    June 17, 2011

---