IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00599-LTB-BNB

BMGI CORPORATION, a Delaware corporation,

Plaintiff,

v.

ILONA KIRZHNER, an individual,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Vacate March 3 [sic], 2012 Scheduling Conference** [docket no. 24, filed February 8, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for March 2, 2012, is **vacated and reset to March 30, 2012, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.4.0., is due on or before **March 23, 2012**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  February 13, 2012