**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.   11-cv-00599-LTB-BNB

BMGI CORPORATION, a Delaware corporation,

       Plaintiff,

v.

ILONA KIRZHNER, an individual,

       Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 37 - filed July 5, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                              s/ Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:   July 6, 2012